AO91 (Rev. 12/03)  Criminal Complaint                                                                                                AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** vs. | **CRIMINAL COMPLAINT** |
| Jose Guadalupe GONZALEZ-Garcia<br>A241 195 516  Mexico<br>AKA Jose Guadalupe GARCIA | Case Number: 1:25-po-714 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 07, 2025** in **Cameron** County, in the **Southern District Of Texas** defendant(s) willful failure to apply for registration and to be fingerprinted in the United States pursuant to Section 264(d) of the Immigration and Nationality Act,

in violation of Title **8** United States Code, Section(s) **1302(a)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant, was encountered by Border Patrol agents responding to a request for assistance from Harlingen Police Department near Harlingen, Texas on May 07, 2025. Border Patrol Agents conducted an immigration inspection and defendant GONZALEZ-Garcia, Jose Guadalupe self-admitted to being a citizen of Mexico. Defendant admitted that he illegally entered the United States on June 01, 2017 near Los Indios, TX Port of Entry and has remained in the United States since then. As of May 27, 2025, Defendant has failed to register and be fingerprinted under section 1201(b) within 30 days of his illegal entry, thus violating the law.

Defendant had $112 of U.S. currency at time apprehension.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

*Signature of Complainant*

Guzman, Carlos    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

May 08, 2025                                                             at    Brownsville, Texas
Date                                                                               City/State

Ignacio Torteya III        U.S. Magistrate Judge
Name of Judge              Title of Judge                          Signature of Judge